IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ahmad Saqr, et al.,

    Plaintiff(s),

vs.

The University of Cincinnati, et al.,

    Defendant(s).

Case Number: 1:18cv542

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 20, 2019 a Report and Recommendation (Doc. 11). Subsequently, the plaintiff filed a statement to such Report and Recommendation (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the University of Cincinnati's motion to dismiss plaintiffs' claims in their entirety (Doc. 6) is GRANTED ONLY IN PART, with judgment to be entered in favor of Defendant University of Cincinnati on Counts I and II (ADA claims except for the portion of Count I that seeks injunctive relief), Count III (Rehabilitation Act claims), Count IV (state discrimination claim), Count VI (Title VI retaliation claim); and Count VII (state breach of contract claim). It is further ORDERED that judgment be granted to University of Cincinnati

and that the motion is GRANTED as to the portion of Count V in which Plaintiff Omar Saqr asserts a Title VI discrimination claim.  However, the motion is DENIED as to the portion of Count V that sets forth Plaintiff's Ahmad Saqr's claim.

Proceedings will continue at present for Plaintiff Ahmad Saqr's Title VI discrimination claim and for both Plaintiffs' claims for injunctive and declaratory relief under the Americans with Disability Act.

IT IS SO ORDERED.


          ___s/Susan J. Dlott_____
          Judge Susan J. Dlott
          United States District Court