# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

AHMAD SAQR, et al.,

    Plaintiffs,                                   Case No.  1:18-cv-00542

vs.                                          Dlott, J.; Bowman, M.J.

UNIVERSITY OF CINCINNATI, et al.,

    Defendants.

# CALENDAR ORDER

This case shall proceed as follows:

1.     Discovery deadline:  **December 30, 2019**

        Deadline to identify plaintiff experts and provide reports:   **June 3, 2019**

        Deadline to identify defendant experts and provide reports:   **July 15, 2019**

2.     Dispositive motion deadline: **January 31, 2020**

        The Final Pretrial Conference and trial dates will be scheduled by Judge Dlott.


                                              <u>s/Stephanie K. Bowman</u>
                                              Stephanie K. Bowman
                                              United States Magistrate Judge